UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY K.A. D.C.
MAY 03 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO. **22-20182-CR-COOKE/DAMIAN**

18 U.S.C. § 1951(a)
18 U.S.C. § 2119(1)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(5)

UNITED STATES OF AMERICA

vs.

THOMAS MUNNE,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Commit Hobbs Act Robbery
### (18 U.S.C. § 1951(a))

From at least as early as on or about July 30, 2020, through on or about August 5, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**THOMAS MUNNE,**

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendant and his co-conspirator did unlawfully plan and agree to take United States currency and other property from the person and in the presence of N.C., a person engaging in interstate and foreign commerce,

against the will of N.C., by means of actual and threatened force, violence, and fear of injury to that person, in violation of Title 18, United States Code, Section 1951(a).

## COUNT 2
### Hobbs Act Robbery
### (18 U.S.C. § 1951(a))

On or about August 4, 2020, in Miami-Dade County, in the Southern District of Florida, the defendant,

**THOMAS MUNNE,**

did knowingly and willfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b)(1) and (b)(3), in that the defendant did take United States currency and other property from the person and in the presence of N.C., a person engaging in interstate and foreign commerce, against the will of N.C., by means of actual and threatened force, violence, and fear of injury to that person, in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 3
### Carjacking
### (18 U.S.C. § 2119(1))

On or about August 4, 2020, in Broward County, in the Southern District of Florida, the defendant,

**THOMAS MUNNE,**

with the intent to cause death and serious bodily harm, did take a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, that is, a 2019 Ford F-250 pick-up truck, from the person and presence of another, that is, N.C., by force and violence, and by intimidation, in violation of Title 18, United States Code, Sections 2119(1) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **THOMAS MUNNE,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1951(a), as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

3. Upon conviction of a violation of Title 18, United States Code, Section 2119(1), as alleged in this Indictment, the defendant shall forfeit to the United States of America any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such offense, pursuant to Title 18, United States Code, Section 982(a)(5).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), as made applicable by Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZÁLEZ
UNITED STATES ATTORNEY

SHANE R. BUTLAND
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

THOMAS MUNNE,

_____/
Defendant.

CASE NO.:

**22-20182-CR-COOKE/DAMIAN**

CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
- ☑ Miami
- ☐ Key West
- ☐ FTP
- ☐ FTL
- ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take 7 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   ☐ 0 to 5 days
   - II  ☑ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV  ☐ 21 to 60 days
   - V   ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☐ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                              Case No.
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes
   If yes, Judge Smith                        Case No. 21-CR-20274-Smith
9. Defendant(s) in federal custody as of
10. Defendant(s) in state custody as of
11. Rule 20 from the                District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
Shane Butland
Assistant United States Attorney
Court ID No.    A5502525

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** THOMAS MUNNE

**Case No:** _____

Count #: 1

Conspiracy to Commit Hobbs Act Robbery

Title 18, United States Code, Section 1951(a)

**\*Max. Penalty:** Twenty (20) Years' Imprisonment

Count #: 2

Hobbs Act Robbery

Title 18, United States Code, Sections 1951(a) and 2

**\*Max. Penalty:** Twenty (20) Years' Imprisonment

Count #: 3

Carjacking

Title 18, United States Code, Section 2119(1) and 2

**\*Max. Penalty:** Fifteen (15) Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**