United States District Court
for the
Southern District of Florida

United States of America )
)
v. ) Criminal Case No. 22-20182
)
Thomas Munne, Defendant )

## VERDICT FORM

### COUNT 1
### Conspiracy to Commit Hobbs Act Robbery

We, the Jury in the above-captioned case, unanimously find the Defendant, Thomas Munne, with respect to the offense charged in Count 1 of the Indictment:

GUILTY __X__          NOT GUILTY ____

### COUNT 2
### Hobbs Act Robbery

We, the Jury in the above-captioned case, unanimously find the Defendant, Thomas Munne, with respect to the offense charged in Count 2 of the Indictment:

GUILTY __X__          NOT GUILTY ____

### COUNT 3
### Carjacking

We, the Jury in the above-captioned case, unanimously find the Defendant, Thomas Munne, with respect to the offense charged in Count 3 of the Indictment:

GUILTY ____          NOT GUILTY __X__

SO SAY WE ALL, this 13th day of October, 2022.

_____        #9
FOREPERSON SIGNATURE           FOREPERSON JUROR NUMBER